# EXHIBIT 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING,<br>    401 Ninth St., NW<br>    Washington, DC 20004<br><br>        Plaintiff,<br><br>v.<br><br>THE FEDERAL EMERGENCY MANAGEMENT AGENCY,<br>    500 C Street, SW<br>    Washington, DC 20472<br><br>and<br><br>CAMERON HAMILTON, in his Official Capacity as Senior Official Performing the Duties of the FEMA Administrator,<br>    500 C Street, SW<br>    Washington, DC 20472<br><br>        Defendants. | Case No. |

## DECLARATION OF MOLLIE KABLER

I, Mollie Kabler, declare as follows:

1. I am the Executive Director of CoastAlaska, Inc. ("CoastAlaska") and I have held this position for 20 years.

2. CoastAlaska owns, either directly or indirectly, four public radio stations that have received grants through the Corporation for Public Broadcasting ("CPB") from the Next

1

Generation Warning System grant program: KSTK; KCAW; KRBD; and KUCB (collectively, the "Stations").

3. Each station serves predominantly island communities that are isolated communities not connected to major road systems and are classified as "rural" by the Corporation for Public Broadcasting.

4. KSTK is based in Wrangell, Alaska and serves the surrounding region, which has a population of about 2,300 people.

5. KCAW is based in Sitka, Alaska and serves central coastal southeast Alaska, which has a population of about 11,000 people.

6. KRBD is based in Ketchikan, Alaska, and serves the surrounding region and Prince of Wales, Island, which has a combined population of about 18,000 people.

7. All three of these regions have experienced landslides in the last few years that have yielded fatalities. The three stations identified above played an integral role in emergency response efforts.

8. These three regions are located within Tongass National Forest.

9. The Sitka region is home to a Coast Guard Air Station and Aids to Navigation base.

10. KUCB is based in Unalaska, Alaska, and serves the Aleutian island chain, which has a population of about 4,000 people.

11. KUCB is the westernmost public media station in Alaska and its service region includes an international port that serves as one of the largest seafood ports in the United States of America.

12. KUCB is the only broadcast service in its region.

13. Broadband internet and cell phone service is very limited in all four regions. These services also lack equipment redundancy, meaning, for example, that there is only a single cable rather than multiple in which there is already a built-in backup. As a result, if there is an issue with any single piece of the equipment that requires replacement, there could be no service for days to weeks.

14. These Stations are the only reliable source of local information for many of the communities within their respective regions. Without these Stations, these communities would lose access to critical emergency information, including severe weather alerts and amber alerts.

15. In the past 12 months, the Stations have issued a combined 22 weather alerts.

16. Although these stations cover a large area, they are small radio stations. KSTK's annual budget is approximately $290,000, KCAW's is approximately $600,000, KRBD's is approximately $530,000, and KUCB's is approximately $700,000.

17. The Stations were each awarded an individual subgrant by the Corporation for Public Broadcasting through the Federal Emergency Management Agency's 2022 Notice of Funding Opportunity to assist with upgrading its transmission equipment, power supplies, alerting encoders and decoders, and monitoring equipment consistent with the Congressional mandate to update broadcasting capabilities to the standards of the Next Generation Warning System.

18. KSTK received a grant in the amount of approximately $90,000. KCAW received a grant of approximately $313,000. KRDB received a grant of approximately $90,000. KUCB received a grant of approximately $225,000.

19. These subgrants were not aimed at expanding service, but rather to replace obsolete core service equipment to maintain and increase the reliability of existing service levels.

20. The equipment upgrades are vital to the Stations' ability to continue to function and provide emergency information to the residents of these isolated island communities.

21. Radio transmission equipment is highly-specialized and customized for its specific end use. Different stations need different capabilities with respect to the radio frequencies to be transmitted and the power needed for transmission. This equipment cannot be purchased "off the shelf."

22. The subgrant was awarded on a cost-reimbursement basis, meaning the Stations expend the funds necessary for the equipment, and then seek reimbursement from FEMA through the CPB.

23. In reliance upon its subgrant, KSTK has expended $35,013 on equipment upgrades consistent with the goals Next Generation Warning System. Also relying on their subgrants, KRBD has expended $6,747 and KUCB has expended $6,756 on equipment upgrades consistent with the goals Next Generation Warning System. KCAW has yet to expend any of its grant money.

24. No Station has yet been reimbursed for these expenditures.

25. All Stations relied on the promises of FEMA that the grant funds would be paid.

26. All Stations would not have purchased the new radio transmission equipment without the express promises of reimbursement through the subgrant, unless its pre-existing equipment was no longer operational.

27. All Stations have been informed by CPB that all subgrant funds have been placed on a hold by FEMA.

28. CPB has instructed all Stations to cease all work under the subgrant.

29. The Stations have small budgets and any expenditure without promised reimbursement will cause the Stations to exceed their budgets.

30. The terms of the Stations' subgrant include a September 2025 completion date. With the disruption in funding, the Stations believe that is likely that they will not be able to meet this deadline.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of March, 2025, in Sitka, Alaska.

*M. Kabler*

Mollie Kabler