# EXHIBIT 5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING,<br>　　401 Ninth St., NW<br>　　Washington, DC 20004<br><br>　　Plaintiff,<br><br>v.<br><br>THE FEDERAL EMERGENCY MANAGEMENT AGENCY,<br>　　500 C Street, SW<br>　　Washington, DC 20472<br><br>and<br><br>CAMERON HAMILTON, in his Official Capacity as Senior Official Performing the Duties of the FEMA Administrator,<br>　　500 C Street, SW<br>　　Washington, DC 20472<br><br>　　Defendants. | Case No. |

## DECLARATION OF CINDY SPIZARNY

I, Cindy Spizarny, declare as follows:

1. I am the President and Chief Executive Officer of WQLN, a PBS and National Public Radio member station.

2. WQLN is based in Erie, Pennsylvania and serves Northwestern Pennsylvania and nearby areas of New York.

1

3. WQLN's main transmitter is located in Erie, Pennsylvania and WQLN operates a network of five other translator transmitters to reach the surrounding areas.

4. Some of the rural communities that WQLN serves have no other public radio stations serving their community.

5. Broadband internet and cell phone service in the surrounding rural areas is not always reliable.

6. In the past 12 months, WQLN has issued 187 emergency alerts.

7. WQLN was awarded a subgrant by the CPB through the Federal Emergency Management Agency's 2022 Notice of Funding Opportunity in the total amount of approximately $87,000. This subgrant was intended to assist WQLN with upgrading its transmission equipment, consistent with the Congressional mandate to update broadcasting capabilities to the standards of the Next Generation Warning System ("NGWS").

8. Specifically, the subgrant was to replace and upgrade WQLN FM's main transmitter to HD and improve reliability of the reception and translators.

9. To date, WQLN has spent about $30,800 on equipment upgrades for its translator transmitters.

10. WQLN has not yet received reimbursement for any of that amount.

11. WQLN had planned to move forward with further equipment purchases for its main transmitter, but has not yet done so because of the freezing of the NGWS funds.

12. WQLN operates on a limited budget and it would not have been able to make the upgrades without the NGWS grant.

13. WQLN would not have made the purchases it has to date without the promise of the grant payment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of March, 2025, in Erie, Pennsylvania.

*Cindy Spizarny*
Cindy Spizarny