# EXHIBIT 6

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CORPORATION FOR PUBLIC BROADCASTING, <br> 401 Ninth St., NW <br> Washington, DC 20004 <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL EMERGENCY MANAGEMENT AGENCY, <br> 500 C Street, SW <br> Washington, DC 20472 <br><br> and <br><br> CAMERON HAMILTON, in his Official Capacity as Senior Official Performing the Duties of the FEMA Administrator, <br> 500 C Street, SW <br> Washington, DC 20472 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. |

## **DECLARATION OF DR. MICHAEL GAVIN**

I, Dr. Michael Gavin, declare as follows:

1. I am the President of Delta College, a community college located in University Center, Michigan.

2. I have held my position since 2021.

3. Delta College operates a public broadcasting station with the call sign WDCQ-TV ("WDCQ").

1

4. WDCQ is based in University Center, Michigan and serves 14 counties in the eastern peninsula of Michigan, also known as the "Thumb" region, including Flint, Bay City, Saginaw, and Midland.

5. Most of this area is rural.

6. WDCQ is the sole public broadcaster for much this area.

7. WDCQ is the only commercial or non-commercial television station that reaches the entire "Thumb" region.

8. This region borders Canada, so there is little to no overlap for public broadcasts from any other source.

9. The Coast Guard and the FBI are tenants on WDCQ's main transmission tower.

10. Broadband internet and cell phone service is not universally available in the region in which WDCQ operates.

11. The population of this region is predominantly blue-collar and, on average, older and less-educated than national averages. As a result, this population tends to rely less on internet and cell phone service and more on radio and television broadcasts.

12. In the past 12 months, WDCQ has issued 23 emergency alerts.

13. WDCQ was awarded a subgrant by the CPB through the Federal Emergency Management Agency's 2022 Notice of Funding Opportunity in the total amount of approximately $976,708. This subgrant was intended to assist WDCQ with upgrading its transmission equipment, consistent with the Congressional mandate to update broadcasting capabilities to the standards of the Next Generation Warning System ("NGWS").

14. Specifically, the subgrant was to replace and upgrade WDCQ's main transmitter and upgrade the core broadcast equipment for compatibility with ATSC 3.0 technology standards.

The main transmitter uses obsolete technology that is no longer being manufactured, and replacement parts are no longer being manufactured. As a result of the obsolescence of the equipment, if any part of the transmitter fails, it would be difficult to repair or replace.

15. To date, WDCQ has spent approximately $175,000 on equipment upgrades and its replacement transmitter has been ordered.

16. WDCQ has not yet received reimbursement for any of that amount.

17. WDCQ had planned to move forward with further equipment purchases for its main transmitter, but has not yet done so because of the freezing of the NGWS funds.

18. WDCQ operates on a limited budget and it would not have been able to make the upgrades without the NGWS grant.

19. WDCQ would not have made the purchases it has to date without the promise of the grant payment.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of March, 2025, in University Center, Michigan.

_____
Dr. Michael Gavin