UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>   Plaintiff,<br><br> v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>   Defendants. | Civil Action No. 25-0740 (TJK) |

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND

By and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6, Defendants respectfully move to extend their time to respond to Plaintiff's complaint. Specifically, Defendants request a 14-day extension—*i.e.*, extending the current deadline from May 16, 2025, to May 30, 2025. Plaintiff, through counsel, indicated that Plaintiff does not oppose the relief sought by this motion. The grounds for this motion are as follows.

On March 13, 2025, Plaintiff filed the complaint, challenging the agency's withholding of reimbursement payments related to Plaintiff's grant for the Next Generation Warning System ("NGWS"). Counsel for the parties have a meet and confer scheduled for Friday, May 16, 2025 to discuss the agency's payment of reimbursement requests. Separately, the undersigned counsel is departing the U.S. Attorney's Office. To allow for the parties further time to discuss Plaintiff's claims and for an orderly transition of this case, the government seeks additional time to respond to the complaint.

This request is filed in good faith and will not unduly delay the Court's resolution of this matter. This motion represents Defendants' first request for an extension of this deadline and first

request for an extension in this action. Allowing a reasonable amount of additional time for the parties to attempt to resolve the complaint and to transition the case serves the interests of the parties and the Court.

WHEREFORE, based on the foregoing, Defendants respectfully requests that the deadline be extended through and including May 30, 2025. A proposed order is enclosed herewith.

Dated:  May 13, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

By:  _____/s/ Joseph F. Carilli, Jr._____
     JOSEPH F. CARILLI, JR.
     N.H. Bar No. 15311
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2525

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>　　　　　Defendants. | Civil Action No. 25-0740 (TJK) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' unopposed motion for an extension of time to respond to the complaint and the entire record herein, and for good cause shown, it is hereby:

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including May 30, 2025 to respond to the complaint.

SO ORDERED:


_____                              _____
Date                                                                          TIMOTHY J. KELLY
                                                                                    United States District Judge