UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>Defendants. | Civil Action No. 25-0740 (TJK) |

## DEFENDANTS' MOTION TO EXTEND TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move to extend their time to respond to the Complaint by thirty days, to June 30, 2025. Plaintiff, through counsel, indicated that Plaintiff does not consent to this relief. As support for this Motion, Defendants state as follows:

1. Plaintiff filed the Complaint in this matter on March 13, 2025, challenging the agency's withholding of reimbursement payments related to Plaintiff's grant for the Next Generation Warning System. Defendants' answer was originally due on May 16, 2025. Due in part to the departure of the Assistant United States Attorney ("AUSA") originally assigned to handle this matter, the Court granted Defendants' request for a two-week extension of its answer deadline, to May 30, 2025. *See* ECF No. 23; May 14, 2025 Min. Order. This case was then reassigned to AUSA Douglas Dreier, who entered his appearance on May 19, 2025. ECF No. 24.

2. AUSA Dreier is out of the office on pre-planned leave through and including May 29, 2025, and the undersigned counsel is only providing temporary cover for this matter until Mr. Dreier returns. Plaintiff has indicated that it intends to move for a preliminary injunction no later

than June 6, 2025. ECF No. 25.[1] Given the assigned AUSA's absence and the impending briefing on Plaintiff's forthcoming preliminary injunction motion, Defendants seek an extension of their answer deadline up to and including June 30, 2025, to allow Defendants to focus their time and resources on Plaintiff's request for preliminary injunctive relief.

3.  This extension of time is sought in good faith and not for purposes of undue delay. This is Defendants' second request to extend their time to file an answer or other responsive pleading in this matter. The staffing challenges arising from this matter's reassignment were unforeseen, and newly assigned counsel for Defendants requires sufficient time to confer with Defendants' internal agency counsel regarding their response to the Complaint, while simultaneously engaging in briefing on Plaintiff's forthcoming motion for a preliminary injunction. Defendants contacted Plaintiff, through counsel, including on May 21 and 22, 2025, to attempt to reach agreement on a proposed briefing schedule and extension of Defendants' answer deadline. While Plaintiff has stated that it will oppose any further extension of Defendants' answer deadline, Defendants' respectfully submit that granting Defendants' request to extend their answer deadline to June 30, 2025, will serve the interests of justice by permitting the parties to focus their efforts on preliminary injunction briefing that should be handled by the AUSA assigned to represent Defendants in this matter, who returns to the office on May 30, 2025.

Accordingly, Defendants respectfully request that the Court grant this Motion and extend Defendants' time to answer or otherwise respond to the Complaint through and including June 30, 2025. A proposed order is enclosed.

---

[1] Defendants' response to Plaintiff's request for a briefing schedule on its forthcoming motion for a preliminary injunction is due on May 28, 2025. *See* Min. Order (May 23, 2025).

Dated: May 27, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:     /s/ Tabitha Bartholomew
TABITHA BARTHOLOMEW, D.C. Bar #1044448
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2529
Tabitha.Bartholomew@usdoj.gov

DOUGLAS C. DREIER, D.C. Bar #1020234
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2551

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>   Plaintiff,<br><br>  v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.,<br><br>   Defendants. | Civil Action No. 25-0740 (TJK) |

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Extend Answer Deadline, and for good cause shown, it is hereby

ORDERED that the Motion is GRANTED. It is further

ORDERED that Defendants' answer or other responsive pleading shall be filed on or before June 30, 2025.

SO ORDERED.

Date: _____       _____
                          United States District Judge