## UNITED STATES DISTICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>*Defendants*. | Civil Action No. 25-0740 (TJK) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Tabitha Bartholomew, Assistant U.S. Attorney, as counsel of record for Defendants in the above-captioned case.

Dated: May 30, 2025
      Washington, D.C.

                                        Respectfully submitted,

                                        */s/ Tabitha Bartholomew*
                                        TABITHA BARTHOLOMEW
                                        Assistant United States Attorney
                                        601 D Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 252-2529
                                        tabitha.bartholomew@usdoj.gov

                                        *Attorney for the United States of America*