UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>Defendants. | Civil Action No. 25-0740 (TJK) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for preliminary injunction, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____          _____
Date                                                        TIMOTHY J. KELLY
                                                                    United States District Judge