UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORPORATION FOR PUBLIC BROADCASTING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, et al.<br><br>　　　　Defendants. | Civil Action No. 25-0740 (TJK) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Corporation for Public Broadcasting ("CPB") and Defendants Federal Emergency Management Agency ("FEMA") and David Richardson in his official capacity as Senior Official Performing the Duties of FEMA Administrator, hereby stipulate to the dismissal of all claims in this action.

Dated:  February 23, 2026

CORPORATION FOR PUBLIC
BROADCASTING

<u>*/s/ Jason W McElroy*</u>
Jason W. McElroy (D.C. Bar No. 502733)
Peter C. Nanov (D.C. Bar No. 230021)
Saul Ewing LLP
1919 Pennsylvania Avenue NW, Suite 550
Washington, D.C. 20006
Tel: (202) 295-6605
jason.mcelroy@saul.com
peter.nanov@saul.com

Jeffrey S. Robbins (Admitted *Pro Hac Vice*)
Joseph D. Lipchitz (Admitted *Pro Hac Vice*)
Saul Ewing LLP
131 Dartmouth St., Suite 501
Boston, MA 02116
Tel:  (617) 912-0941
Email:  jeffrey.robbins@saul.com
            joseph.lipchitz@saul.com

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:  _____*/s/ Amanda L. Torres*_____
AMANDA L. TORRES
D.C. Bar No. 1562702
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2507
Amanda.Torres@usdoj.gov

*Attorneys for the United States of America*

## **CERTIFICATE OF SERVICE**

I certify that, on the 23rd day of February 2026, I caused one copy of the foregoing Stipulation of Dismissal to be served on all parties and counsel of record via the Court's CM/ECF system.

      /s/ Jason W. McElroy
      Jason W. McElroy